GASKINS *v.* RIGELL *et al.*

HILL, J. There was no error in refusing an interlocutory injunction. *Tune* v. *Beeland,* 131 *Ga.* 528 (62 S. E. 976).

*Judgment affirmed. All the Justices concur.*
JANUARY 9, 1912.

Petition for injunction. Before Judge Thomas. Berrien superior court. August 26, 1911.

*J. P. Knight,* for plaintiff. *E. K. Wilcox,* for defendants.